UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 19-CR-60371-MOORE

UNITED STATES OF AMERICA,

vs.

JARVIS GRAHAM,

      Defendant.
_____/

FILED BY ___AT___ D.C.

May 9, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

## REPORT AND RECOMMENDATION ON SUPERVISED RELEASE VIOLATION

This cause has been referred to me to take all necessary and proper action as required with respect to any violations of Supervised Release as to Defendant Jarvis Graham. (DE 34). On March 5, 2025, the Honorable K. Michael Moore signed a Petition submitted by the United States Probation Office alleging that Defendant had violated a term of his supervised release. (DE 29). Specifically, the Petition alleged that the Defendant failed to refrain from a violation of law by committing an offense of Reckless Driving, in violation of Florida Statute 316.192(2a), on February 13, 2025. *Id*. On May 9, 2025, the parties appeared before me for a final revocation hearing on the alleged violation.

At the May 9, 2025, hearing, the Government announced that it would not be presenting evidence to support the alleged violation and made an *ore tenus* motion to dismiss the Petition (DE 39). The Defendant did not oppose the motion to dismiss. In light of the Government's motion and its failure to present evidence from which the Court could find that a violation had occurred, I respectfully **RECOMMEND** that the Government's *ore tenus* motion (DE 39) be **GRANTED** and that the Court **DISMISS** the Petition (DE 29).

The parties will have fourteen calendar days from the date of service of this Report and

Recommendation within which to file written objections, if any, for consideration by the United States District Judge. Pursuant to Fed. R. Crim. P. 59(b), Eleventh Circuit Rule 3-1, and accompanying Internal Operating Procedure 3, the parties are hereby notified that failure to object in accordance with 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the District Court's order based on unobjected-to factual and legal conclusions. *See Thomas v. Arn*, 474 U.S. 140 (1985).

Done and submitted in chambers at Ft. Lauderdale, Florida, this 9th day of May, 2025.

Jared M. Strauss
United States Magistrate Judge

cc:   The Honorable K. Michael Moore
      Counsel of record